UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG A. MONTALVO,<br><br>   Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>   Defendant. | Case No. 20-05128 BLF<br><br>**ORDER OF DISMISSAL** |

On July 27, 2020, Plaintiff, proceeding *pro se*, filed a letter attempting to initiate a civil rights action pursuant to 42 U.S.C. § 1983.[1]  Dkt. No. 1.  On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed.  Dkt. No. 2.  A blank complaint form and postage-paid return envelope were enclosed with the notice.  *Id.*  The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal.  Dkt. No. 3.  The deadline, August 24, 2020, has passed, and Plaintiff has failed to file a proper complaint and pay the filing fee or file an IFP application.

---

[1] This matter was reassigned to this Court on August 25, 2020.  Dkt. No. 6.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __September 14, 2020__

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.20\05128.Montalvo_dis-ifp-compl.